UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRIAN CASEY,

    Plaintiff,

v.                                 Case No. 4:25cv183-MCR-MAF

STATE CLASSIFICATION
OFFICER GOULD,

    Defendant.
_____/

## O R D E R

    The Magistrate Judge issued a Report and Recommendation dated July 17, 2025. ECF No. 16. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of all timely filed objections.

    Having considered the Report and Recommendation and all timely filed objections, I have determined the Report and Recommendation should be adopted.

    Accordingly, it is **ORDERED**:

    1. The Magistrate Judge's Report and Recommendation, ECF No. 16, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g) based on Plaintiff's failure to pay the filing fee and the failure to demonstrate Plaintiff faces imminent danger of serious physical injury.

3. The Clerk of Court is directed to terminate all pending motions, enter judgment of dismissal without prejudice pursuant to § 1915(g), and close the case.

**DONE AND ORDERED** this 3rd day of February, 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**